```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
QUINELLA WILLIAMS,                                         :

                         Plaintiff,                        :    ORDER

         -v.-                                              :
                                                                19 Civ. 3657 (PGG) (GWG)
CITY OF NEW YORK, et al.,                                  :

                         Defendants.                       :
---------------------------------------------------------------X
```
**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    The settlement conference scheduled for Wednesday March 25, 2020, at 3:30 p.m. is changed to a <u>telephone</u> conference. The parties are directed to arrange for a conference call (preferably toll free) that all parties and the Court may dial into. The parties shall provide the dial-in number to the court by means of an email sent to gorensteinsettlement@nysd.uscourts.gov in advance of the conference.

    The submissions required by Docket # 37 remain due on March 19, 2020.

SO ORDERED.

Dated: March 16, 2020
       New York, New York

                                                                      /s/
                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge